UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNY STEWARD,

        Plaintiff,

vs.

G. THUMSER, et al.,

        Defendants.

/

No. 2:16-cv-1232 GEB KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Donny Steward, inmate #E-04997, a necessary and material witness in proceedings in this case on March 13, 2018, is confined in California State Prison, Sacramento, P.O. Box 290066, Represa, CA 95671-0066, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at California State Prison, Sacramento, on March 13, 2018, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Sacramento, P.O. Box 290002, Represa, CA 95671:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 14, 2017

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

/stew1232.841.vc