UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD, | No. 2:16-cv-1232 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| G. THUMSER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 11, 2018, the undersigned filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On January 29, 2018, plaintiff filed a document styled "Objections to Magistrate Judge's Findings and Recommendations." (ECF No. 46.) However, after providing an explanation and apology, plaintiff requests that he be permitted to withdraw his motion for injunctive relief. (ECF No. 46 at 4.) Good cause appearing, plaintiff's request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to withdraw his motion for injunctive relief (ECF No. 46) is granted;

1

2. Plaintiff's motion for injunctive relief (ECF No. 44) is withdrawn; and

3. The findings and recommendations (ECF no. 45) are vacated.

Dated: February 5, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/stew1232.wd