UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>Plaintiff,<br><br>v.<br><br>G. THUMSER, et al.,<br><br>Defendants. | No. 2:16-cv-01232-TLN-KJN<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 31, 2019, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 94.) Plaintiff has not filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

---

[1] On February 19, 2019, Plaintiff filed objections, (ECF No. 98), but the objections were directed to the findings and recommendations filed February 4, 2019.

1

1. The findings and recommendations filed January 31, 2019, (ECF No. 94), are adopted in full; and

2. Plaintiff's motion for injunctive relief (ECF No. 92) is denied without prejudice.

Dated: March 28, 2019

Troy L. Nunley
United States District Judge