UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD, | No. 2:16-cv-1232 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| G. THUMSER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On March 30, 2021, plaintiff filed a document styled, "Petition for Writ of Mandamus," bearing the instant case number. (ECF No. 103.) However, this civil rights action was dismissed on March 29, 2019, and judgment was entered. Plaintiff did not file a timely appeal.

Plaintiff is advised that documents filed by plaintiff since the closing date (ECF No. 103) will be disregarded and no orders will issue in response to future filings.

Dated: April 2, 2021

/stew1232.58

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1